IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
CIVIL DIVISION

TATIYANA THOMPSON,

    Plaintiff

v.                                                             Case No.:
                                                               Division:

HUMANA INC.,

    Defendant.
_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, TATIYANA THOMPSON ("Plaintiff"), by and through the undersigned counsel, hereby sues Defendant, HUMANA INC. ("Defendant"), and alleges as follows:

### JURISDICTION AND VENUE

1.    This is an action for damages exceeding $15,000 exclusive of interest and costs, and for declaratory relief, under the Fair Labor Standards Act ("FLSA").

2.    Venue lies within Hillsborough County because events giving rise to this claim arose in this County.

### PARTIES

3.    Plaintiff is a resident of Hillsborough County, Florida.

4.    Defendant is authorized and doing business in this County.

### GENERAL ALLEGATIONS

5.    Plaintiff has satisfied all conditions precedent.

6.    Plaintiff has hired the undersigned attorneys and agreed to pay them a fee.

7.    Plaintiff requests a jury trial for all issues so triable.

8. At all times material hereto, Plaintiff was "engaged in the production of goods" for commerce within the meaning of Section 7 of the FLSA, and subject to the individual coverage of the FLSA.

9. Defendant continues to be an "employer" within the meaning of the FLSA.

10. At all times material hereto, Defendant was and continues to be an enterprise engaged in the "providing of services for commerce" within the meaning of the FLSA.

11. At all times material hereto, the work performed by the Plaintiff was directly essential to the business performed by the Defendant.

12. Plaintiff was employed by the Defendant as a non-exempt employee.

## FACTS

13. Plaintiff worked for Defendant from or about October 2012 until or about March 13, 2015.

14. Plaintiff worked in excess of forty (40) hours in a workweek.

15. Plaintiff did the work in excess of forty (40) hours at the request of her supervisor.

16. Plaintiff's supervisor requested additional work from Plaintiff at the end of Plaintiff's scheduled workday and told Plaintiff the work must be finished that day.

17. Plaintiff attempted to file for overtime for the time she worked in excess of forty (40) hours; subsequently adverse employment action was taken by Defendant against Plaintiff, including terminating her employment.

## COUNT I – FLSA RETALIATION VIOLATIONS

18. Plaintiff realleges and readopts paragraphs 1 through 17 of this Complaint as though fully set forth herein.

19. Plaintiff engaged in protected activity in accordance with the FLSA

20. Plaintiff was retaliated against by Defendants as a result of engaging in a protected activity under the FLSA, including but not limited to being terminated.

21. Plaintiff was injured due to Defendants' violations of the FLSA.

**WHEREFORE**, Plaintiff demands:

(a) A jury trial on all issues so triable;

(b) That process issue and that this Court take jurisdiction over the case;

(c) The Court enter a judgment that Defendants retaliated against Plaintiff in violation of the FLSA;

(d) Compensation for lost wages, benefits, and other remuneration;

(e) Compensatory damages, including emotional distress, allowable at law; and

For such further relief as the Court deems just and equitable.

### JURY TRIAL DEMAND

Plaintiff demands trial by jury as to all issues.

Dated this 1st day of June, 2015.

Respectfully submitted,

_/s/_

**Steven G. Wenzel**
Florida Bar No.: 159055
Wenzel Fenton Cabassa P.A.
1110 N. Florida Avenue, Suite 300
Tampa, Florida 33602
Main No.: 813-224-0431
Direct No.: 813-223-6545
Facsimile No.: 813-229-8712
Email: swenzel@wfclaw.com
Email: mcambronero@wfclaw.com
**Attorney for Plaintiff**