IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TATIYANA THOMPSON,

    Plaintiff,

v.                                            Case No.: 8:15-cv-01495 CEH-EAJ

HUMANA INC.,

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT

Pursuant to Local Rule 3.08(a) Plaintiff TATIYANA THOMPSON, by and through her undersigned counsel, hereby notifies the Court that the parties have reached an agreement to resolve all of the issues in this case.

Dated this 26 day of August, 2015.

                                                            Respectfully submitted,

                                                            _____
                                                            STEVEN G. WENZEL
                                                            Florida Bar No.159055
                                                            **WENZEL FENTON CABASSA, P.A.**
                                                           1110 N. Florida Avenue
                                                           Suite 300
                                                           Tampa, Florida 33602
                                                           Main No.: 813-224-0431
                                                           Direct No.: 813-223-6545
                                                           Facsimile No.: 813-229-8712
                                                           Email: swenzel@wfclaw.com
                                                           Email: mcambronero@wfclaw.com
                                                           **Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 26 day of August, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

Angelique Groza Lyons
Cherie L. Silberman
CONSTANGY, BROOKS, SMITH & PROPHETE, LLP
100 North Tampa Street, Suite 3350
Post Office Box 1840
Tampa, Florida 33601-1840

alyons@constangy.com
csilberman@constangy.com

_____
**STEVEN G. WENZEL**